IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CURB RECORDS, INC. and MIKE CURB FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, as Governor of Tennessee, in his official capacity; CARTER LAWRENCE, Commissioner of the Tennessee Department of Commerce and Insurance, in his official capacity; WILLIAM B. HERBERT IV, as Director of the Nashville Department of Codes and Building Safety, in his official capacity; and GLENN FUNK, District Attorney General for the 20th Judicial District, in his official capacity,<br><br>Defendants. | CIVIL ACTION<br>CASE NO. 3:21-cv-00500<br>JUDGE CRENSHAW |

### STATE DEFENDANTS' MOTION TO STAY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Motion for Preliminary Injunction, seeking an order enjoining State Defendants from enforcing 2021 Tenn. Pub. Ch. 453. (DE 12). While this motion was pending, the United States District Court for the Middle District of Tennessee entered an injunction prohibiting State Defendants Carter Lawrence and Glenn Funk, in their official capacities, from enforcing 2021 Tenn. Pub. Ch. 453. *See Bongo Productions, LLC, et al. v. Lawrence, et al.*, No. 3:21-cv-00490 (DE 23).

2021 Tenn. Pub. Ch. 453 does not confer upon Governor Lee the authority to enforce the challenged statute other than in his capacity to appoint or remove a Commissioner of the Tennessee Department of Commerce and Insurance. The current Commissioner, Carter Lawrence, is already enjoined by the district court in his official capacity, and this injunction

binds any successors in office. Accordingly, State Defendants submit that there is currently no need for this Court to hear Plaintiffs' Motion for Preliminary Injunction as none of the State Defendants here are presently capable of enforcing the challenged statute.

State Defendants thus respectfully request that this Court stay and hold in abeyance Plaintiffs' Motion for Preliminary Injunction until such time as the injunction issued in *Bongo Productions, LLC, et al. v. Lawrence, et al.*, No. 3:21-cv-00490, is lifted. State Defendants Lawrence and Funk submit that should the injunction already in place be dissolved, they will voluntarily refrain from enforcing 2021 Tenn. Pub. Ch. 453 at least until such time as this Court rules on the pending Motion for Preliminary Injunction or two months elapses from the dissolution of the preliminary injunction in *Bongo Productions, LLC, et al. v. Lawrence, et al.*, whichever occurs first.

As part of their obligation to meet and confer, the parties have discussed the relief sought in this motion but have yet to reach agreement. However, discussions are ongoing. Plaintiffs intend to file a brief response to the motion on or before Friday, July 23 in the event no agreement has been reached by that time.

        Respectfully submitted,

        HERBERT H. SLATERY III
        Attorney General and Reporter

        */s/Alexander S. Rieger*
        ALEXANDER S. RIEGER
        Assistant Attorney General
        Public Interest Division
        Office of the Attorney General and Reporter
        P.O. Box 20207
        Nashville, Tennessee 37202-0207
        (615) 741-2408
        BPR No. 029362
        Alex.rieger@ag.tn.gov

/s/*Rainey A. Lankford*
RAINEY A. LANKFORD
Assistant Attorney General
Civil Law Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 253-5808
BPR No. 036854
Rainey.Lankford@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on the following counsel of record through the Electronic Filing System on this 21st day of July, 2021:

William L. Harbison
J. Scott Hickman
Phillip F. Cramer
John L. Farringer
Sherrard Roe Voight Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
bharbison@srvhlaw.com
shickman@srvhlaw.com
pcramer@srvhlaw.com
jfarringer@srvhlaw.com

Shannon P. Minter
Christopher F. Stoll
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California, 94102
(415) 392-6257
Sminter@nclrights.org
Cstoll@nclright.org

Abby R. Rubenfeld
Rubenfeld Law Office, PC
202 South Eleventh Street
Nashville, Tennessee 37206
(615) 386-9077
arubenfeld@rubenfeldlaw.com

Jennifer L. Levi
GLBTQ Legal Advocates & Defenders
18 Tremont, Suite 950
Boston, Massachusetts 02108
(617) 388-5140
jlevi@glad.org

/s/*Alexander S. Rieger*
ALEXANDER S. RIEGER