# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CURB RECORDS, INC., et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**WILLIAM LEE, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | No. 3:21-cv-00500 |

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction, seeking an order enjoining Defendants from enforcing 2021 Tenn. Pub. Ch. 453. (Doc. No. 12). While this motion was pending, the Court, in a separate matter, entered an injunction prohibiting Defendants Carter Lawrence and Glenn Funk, in their official capacities, from enforcing 2021 Tenn. Pub. Ch. 453. See Bongo Productions, LLC, et al. v. Lawrence, et al., No. 3:21-cv-00490 (Doc. No. 23).

Given the existence of the injunction in Bongo Productions, the parties agree that there is presently no need for the Court to hear Plaintiffs' Motion for Preliminary Injunction. The Defendants in this case[1] agree not to enforce 2021 Tenn. Pub. Ch. 453 at least until such time as the Court rules on the pending Motion for Preliminary Injunction or two months elapse from any dissolution or modification of the preliminary injunction in Bongo Productions that would permit enforcement of the law, whichever occurs first. The parties therefore request that the Court stay and hold in abeyance Plaintiffs' Motion for Preliminary Injunction until such time – if any – as the

---

[1] Including the Metropolitan Government of Nashville and Davidson County, which has been substituted as a defendant in this case in place of William L. Herbert IV in his official capacity as Director of the Nashville Department of Codes and Building Safety. (Doc. No. 34).

injunction issued in Bongo Productions, LLC, et al. v. Lawrence, et al., No. 3:21-cv-00490, is lifted, modified to permit enforcement of the law, or pending further order of the Court. (See Doc. Nos. 29, 30).

Accordingly, the parties' Motions to Stay (Doc. Nos. 29, 30) are **GRANTED**. Plaintiffs' Motion for Preliminary Injunction (Doc. No. 12) is **STAYED** and **HELD IN ABEYANCE** until such time – if any – that the preliminary injunction in Bongo Productions, LLC, et al. v. Lawrence, et al., No. 3:21-cv-00490 (Doc. No. 23), is lifted.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE