# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

CURB RECORDS, INC., et al

**NOTICE**

v.

WILLIAM LEE, Governor, et al

Case No. 3:21-0500

Type of case: ☒ Civil ☐ Criminal

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place

Room No.     Date     Time

Type of Proceeding     Subsequent Case Management Conference Call

☒ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place     TELEPHONE Conference - Call 1-877-402-9753 access code 3808663#

*Date and time previously scheduled:*     *Continued to:*

Date 1/13/22    Time 3:00     Date 1/13/22    Time 3:30

BARBARA D. HOLMES

U.S. Magistrate Judge or Clerk of Court

Date 1/11/2022

(by) Deputy Clerk