IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CURB RECORDS, INC., et al )
)
v. ) NO. 3:21-0500
) Crenshaw/Holmes
WILLIAM LEE, Governor, et al )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on January 11, 2022, Plaintiffs filed a motion for summary judgment, memorandum in support of the motion, statement of facts, and other filings (Docket Entry Nos. 42-45). Although the summary judgment motion was filed in advance of the deadline for dispositive motions, the early filing does not change the schedule for responsive briefing, which is provided for in the initial case management order. Docket Entry No. 38 at ¶K.

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge