IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CURB RECORDS, INC. and MIKE CURB FOUNDATION,

Plaintiffs,

v.

WILLIAM LEE, as Governor of Tennessee, in his official capacity; CARTER LAWRENCE, Commissioner of the Tennessee Department of Commerce and Insurance, in his official capacity; WILLIAM B. HERBERT IV, as Director of the Nashville Department of Codes and Building Safety, in his official capacity; and GLENN FUNK, District Attorney General for the 20th Judicial District, in his official capacity,

Defendants.

CIVIL ACTION
CASE NO. 3:21-cv-00500
JUDGE CRENSHAW

## DECLARATION OF DISTRICT ATTORNEY GENERAL FUNK

County of Davidson  )
                    )
State of Tennessee  )

I, Glenn R. Funk, District Attorney General for the 20th Judicial District, do hereby voluntarily make the following declaration under penalty of perjury:

1) I am of sound mind, over the age of 18 years, and have personal knowledge of the matters set forth herein.

2) I am the District Attorney General for the 20th Judicial District of Tennessee.

3) My office has never prosecuted an individual or organization for violations of Tenn. Code Ann. § 68-120-120.

4) My office has never threatened to prosecute an individual or organization for violations

of Tenn. Code Ann. § 68-120-120.

5) As long as I am the District Attorney my office will not prosecute Plaintiffs for failing to post the signage identified by Tenn. Code Ann. § 68-120-120 even if the current injunction prohibiting enforcement of Tenn. Code Ann. § 68-120-120 was lifted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2022.

*Glenn R. Funk/ASR by permission*
Glenn R. Funk
District Attorney General
20th Judicial District of Tennessee