IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURB RECORDS, INC. and MIKE CURB FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LEE, as Governor of the State of Tennessee, in his official capacity; CARTER LAWRENCE, as Commissioner of the Tennessee Department of Commerce and Insurance, in his official capacity; WILLIAM B. HERBERT IV, as Director of the Nashville Department of Codes and Building Safety, in his official capacity; and GLENN FUNK, as District Attorney General for the 20th Judicial District of Tennessee, in his official capacity,<br><br>Defendants. | Civil Action No. 3:21-cv-0500<br><br>Chief Judge Crenshaw<br><br>Magistrate Judge Holmes |

## NOTICE OF FILING CERTIFICATE OF SERVICE

State Defendants William Lee, in his official capacity as Governor of the State of Tennessee, Carter Lawrence, in his official capacity as Commissioner of the Tennessee Department of Commerce and Insurance, and Glenn Funk, in his official capacity as District Attorney General for the 20th Judicial District of Tennessee, by and through counsel, give notice that on February 24, 2022, State Defendants served the Declaration of District Attorney General Funk [DE 56] to the following via electronic service through the Court's ECF system:

    Wallace W. Deitz, Director of Law
    Melissa Roberge, Assistant Metropolitan Attorney
    Mallory Ricci, Assistant Metropolitan Attorney
    DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT
    OF NASHVILLE AND DAVIDSON COUNTY

Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee  37219
Melissa.Roberge@nashville.gov

| | |
|---|---|
| William L. Harbison | Abby R. Rubenfeld (No. 6645) |
| J. Scott Hickman | RUBENFELD LAW OFFICE, PC |
| Phillip F. Cramer | 202 South Eleventh Street |
| John L. Farringer | Nashville, Tennessee 37206 |
| SHERRARD ROE VOIGT HARBISON, PLC | (615) 386-9077 |
| 150 3rd Avenue South, Suite 1100 | arubenfeld@rubenfeldlaw.com |
| Nashville, Tennessee 37201 | |
| (615) 742-4200 | |
| bharbison@srvhlaw.com | |
| shickman@srvhlaw.com | |
| pcramer@srvhlaw.com | |
| jfarringer@srvhlaw.com | |
| | |
| Shannon P. Minter | Jennifer L. Levi |
| (*pro hac vice*) | (*pro hac vice*) |
| Christopher F. Stoll | GLBTQ LEGAL ADVOCATES & DEFENDERS |
| (*pro hac vice*) | 18 Tremont, Suite 950 |
| NATIONAL CENTER FOR LESBIAN RIGHTS | Boston, Massachusetts  02108 |
| 870 Market Street, Suite 370 | (617) 388-5140 |
| San Francisco, California  94102 | jlevi@glad.org |
| (415) 392-6257 | |
| sminter@nclrrights.org | |
| cstoll@nclrrights.org | |

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General and Reporter

/s/ *Alexander S. Rieger*
ALEXANDER S. RIEGER
Senior Assistant Attorney General
Public Interest Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-2408
BPR No. 029362
Alex.rieger@ag.tn.gov

2

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Filing Certificate of Service was filed and served electronically upon the following on this 25th day of February 2022:

Wallace W. Deitz, Director of Law
Melissa Roberge, Assistant Metropolitan Attorney
Mallory Ricci, Assistant Metropolitan Attorney
DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON COUNTY
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
Melissa.Roberge@nashville.gov

| | |
|---|---|
| William L. Harbison (No. 7012) | Abby R. Rubenfeld (No. 6645) |
| J. Scott Hickman (No. 17407) | RUBENFELD LAW OFFICE, PC |
| Phillip F. Cramer (No. 20697) | 202 South Eleventh Street |
| John L. Farringer (No. 22783) | Nashville, Tennessee 37206 |
| SHERRARD ROE VOIGT HARBISON, PLC | (615) 386-9077 |
| 150 3rd Avenue South, Suite 1100 | arubenfeld@rubenfeldlaw.com |
| Nashville, Tennessee 37201 | |
| (615) 742-4200 | |
| bharbison@srvhlaw.com | |
| shickman@srvhlaw.com | |
| pcramer@srvhlaw.com | |
| jfarringer@srvhlaw.com | |

| | |
|---|---|
| Shannon P. Minter | Jennifer L. Levi |
| (*pro hac vice*) | (*pro hac vice*) |
| Christopher F. Stoll | GLBTQ LEGAL ADVOCATES & DEFENDERS |
| (*pro hac vice*) | 18 Tremont, Suite 950 |
| NATIONAL CENTER FOR LESBIAN RIGHTS | Boston, Massachusetts 02108 |
| 870 Market Street, Suite 370 | (617) 388-5140 |
| San Francisco, California 94102 | jlevi@glad.org |
| (415) 392-6257 | |
| sminter@nclrrights.org | |
| cstoll@nclrrights.org | |

*/s/ Alexander S. Rieger*